UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States**

        v.            No. 19-mj-00177-AJ

**Louis Tobin**

### Assented-to Motion to Continue and Extend Indictment Deadline 60 Days to December 14, 2019, Pursuant to 18 U.S.C. § 3161(H)(8)(A)

The United States of America, with the explicit assent of the defendant, through defense counsel, Michael C. Shklar, Esquire, respectfully requests a continuance and extension of the period within which to return an indictment in this matter for sixty (60) days to **December 14, 2019**, pursuant to 18 U.S.C. §3161(h)(8)(A).   As grounds for this motion, the government asserts the following:

1. The defendant was charged by Criminal Complaint.   His initial appearance pursuant to Fed. R. Crim. P. 5 was held on September 13, 2019.

2. The government and the defendant are presently discussing the possible disposition of this case by pre-indictment plea agreement, which the parties believe may be in their mutual interest.   Under the terms of the Speedy Trial Act, this case must be indicted 30 days from the date of the initial appearance, plus any excludable time.   See 18 U.S.C. §3161(b).

3. It is the position of the parties that the ends of justice will be best served by this continuance in that it will allow the parties additional time in which to attempt to arrange a pre-indictment disposition of this matter, thereby conserving judicial, grand jury, defense and governmental resources.   It is the position of the parties that the interests of justice served by the requested continuance outweigh the interests of the defendant and the public in a speedy indictment.

4.      The parties further request that the Court enter an order excluding the time period from the date of the initial appearance, September 15, 2018, through **December 14, 2019,** from the Speedy Trial Act calculations with respect to this case.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Honorable Court:

    A.    Grant a continuance of the period within which to return an indictment in this matter for 60 days to **December 14, 2019,** in the interests of justice; and,
    B.    Exclude time from the Speedy Trial Act calculations as requested above.

Dated: October 9, 2019                                  Respectfully submitted,

                                                                     SCOTT W. MURRAY
                                                                     United States Attorney

By:   _____
        Anna Dronzek
        Assistant U.S. Attorney
        Bar No. 43912 (Colo.)
        53 Pleasant St., 4th Floor
        Concord, NH 03301
        (603) 225-1552
        Anna.Dronzek@usdoj.gov