UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2019 OCT 25 P 12: 22

UNITED STATES OF AMERICA

v.

Docket No.: 1:19-mj-0177-AJ

LOUIS TOBIN

## WAIVER OF SPEEDY TRIAL

**NOW COMES,** Louis Tobin, represented by Michael C. Shklar, Esq. of Elliott, Jasper, Auten, Shklar & Ranson, LLP and hereby respectfully states the following:

I, Louis Tobin, Defendant in the above captioned case, do hereby waive my right to a speedy trial in this matter insofar as affected by a certain Motion to Extend Time to Indict which has been filed previously in this matter.

Dated this __24__ day of October, 2019

_____
Louis Tobin